VICKERY, Appellant, v. WARNER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by Charles H. Vickery against Peter Warner. No opinion. Order affirmed, with costs.

VOORHIS, Respondent, v. MEAD et al., Appellants. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by James Voorhis against Frederick Mead and others. G. Sumner, for appellants. C. H. Knox, for respondent.
PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

WAGNER, Appellant, v. NEW YORK, C. & ST. L. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Action by Sophia Wagner, as administratrix, etc., against the New York, Chicago & St. Louis Railroad Company. No opinion. Judgment affirmed, with costs.

WAGNER v. NEW YORK, C. & ST. L. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by Sophia Wagner, as administratrix, etc., against the New York, Chicago & St. Louis Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted.

WALKER, Respondent, v. LEVY, Appellant. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by Frank Walker against Julius Levy. No opinion. Judgment of the Municipal Court affirmed, with costs.

WALSH v. BUFFALO, A. & A. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by Robert M. Walsh against the Buffalo, Attica & Arcade Railroad Company.
PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, and judgment directed for the defendant, with costs to the defendant.
STOVER, J., not voting.

WARTH, Appellant, v. KUH, NATHAN & FISCHER CO., Respondent. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Appolonia Warth against the Kuh, Nathan & Fischer Company. R. Dulen, for appellant. L. E. Sexton, for respondent. No opinion. Judgment and order affirmed, with costs.

WATT, Respondent, v. CITY OF LOCKPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by James Watt against the city of Lockport.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., and WILLIAMS, J., dissent, upon the ground that as matter of law the plaintiff was guilty of contributory negligence.

In re WEHRUM. (Supreme Court, Appellate Division, First Department. January 20, 1905.) In the matter of Charles G. Wehrum. No opinion. Motion granted, and time extended to July 1, 1905.

WEIL et al. v. WITTE et al. (Supreme Court, Appellate Division, First Department. January 13, 1905.) Action by Jonas Weil and another against Christopher H. Witte and another. No opinion. Motion denied, with $10 costs.

WEINPHAL v. MAY et al. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Action by Harry C. Weinphal against Lewis A. May and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

In re WEINSTEIN'S ESTATE. (Supreme Court, Appellate Division, First Department. December 9, 1904.) In the matter of Caroline Weinstein, deceased. S. B. Neuberger, for appellant. S. Fleischmann, for appellee. No opinion. Decree (89 N. Y. Supp. 535) affirmed, with costs.

In re WEISELL. (Supreme Court, Appellate Division, First Department. December 16, 1904.) In the matter of William Weisell, deceased. No opinion. Motion denied.

WEISSBERGER, Respondent, v. CARL et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 13, 1905.) Action by Moritz Weissberger against Samuel F. Carl and Charles W. Carl. No opinion. Appeal dismissed by default, with costs.

WESTERGREN v. PABST BREWING CO. et al. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Mauritz F. Westergren against the Pabst Brewing Company and others. W. D. Peck and D. Edwards, for appellants. F. Barker and F. Woodbridge, for respondents. No opinion. Judgment affirmed, with costs.

WESTERN NEW YORK & P. RY. CO., Respondent, v. SCHALLER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) Action by the Western New York & Pennsylvania Railway